IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
        v.                        )     CRIMINAL ACTION NO.
                                  )       2:09cr27-MHT
EUGENE LAMAR PENDLETON            )           (WO)


<u>ORDER</u>

Because  it  appears  from  the  record  that  the

confidential  informant  may  have  exculpatory  material

concerning  defendant  Eugene  Lamar  Pendleton,  it  is

ORDERED that  the  identity  of  the  informant  be  produced

forthwith.

DONE, this the 16th day of July, 2009.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE