**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:09cr27-MHT** |
| | ) | **(WO)** |
| **EUGENE LAMAR PENDLETON** | ) | |

**ORDER**

It is ORDERED that defendant Eugene Lamar Pendleton's "Petition for Writ of Certiorari" (doc. no. 294), which court construes as a motion for reconsideration of the evidence against him, is denied. The court does not have legal authority to reconsider the evidence of against the defendant at this time.

DONE, this the 26th day of January, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**