IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:09cr27-MHT** |
| | ) | (WO) |
| **EUGENE LAMAR PENDLETON** | ) | |

**ORDER**

It is ORDERED that defendant Eugene Lamar Pendleton's pro se Rule 36 motion to correct clerical error (Doc. 298) is denied. In the motion, defendant Pendleton suggests that the judgment contains a clerical error because it does not state what pre-trial jail credit he should receive. However, it is responsibility of the Bureau of Prisons, not the court, to award jail credit. *See United States v. Wilson*, 503 U.S. 329, 333 (1992) ("We do not accept Wilson's argument that [18 U.S.C.] § 3585(b) authorizes a district court to award credit at sentencing.").

Should defendant Pendleton wish to challenge the Bureau of Prisons' calculation of his jail credit, he must file a new civil action under 28 U.S.C. § 2241

raising the issue, after exhausting administrative remedies.

DONE, this the 29th day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE